FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Alexandria Division

**CLASS Action**

1. Robinson Donald Eric H-82430
2. Robinson. D
3. Robinson Eric
4. Robinson, Donald Eric Pro Se

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**THE State of California**

**The California Department of Corrections**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **1:18-CV-1206**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

CDC # H-82430  NON-PRISONER  NOT RESIDENT

1. Name                    DONALD ERIC ROBINSON
   Street Address          904 Upland AVE. – 904 W. Upland AVE.
   City and County         San Pedro
   State and Zip Code      California        90731
   Telephone Number        NOT IN USE
   E-mail Address          NOT IN USE

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — THE STATE OF CALIFORNIA — GOVERNOR

Job or Title *(if known)* — ADMINISTRATION

Street Address — C/O STATE CAPITOL   SUIT 11173

City and County — SACRAMENTO

State and Zip Code — CALIFORNIA       95814

Telephone Number — 916 323 6225

E-mail Address *(if known)* — STAFF @ OAL . CA . gov

Defendant No. 2

Name — THE California Department of CORRECTIONS AND Re.

Job or Title *(if known)* — STATE AGENCY

Street Address — 1515 S. St.

City and County — SACRAMENTO

State and Zip Code — CALIFORNIA       95811

Telephone Number — 916 224 7308

E-mail Address *(if known)* —

Defendant No. 3

Name — ADDITIONAL UNKNOWN DEFENDANTS DOE 12+

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

Defendant No. 4

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  ☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual                            *Doc# H-82430*

      The plaintiff, *(name)* _DONALD ERIC ROBINSON_ , is a citizen of the State of *(name)* _CALIFORNIA_ .

   b.    If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

      and has its principal place of business in the State of *(name)* _____ .

      *No Additional Plaintiffs*

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

      The defendant, *(name)* _Magistrate Judge Louisa S. Porter_ , is a citizen of the State of *(name)* _California_ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

*Cont-*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* ___ATTORNEY GENERAL___ , is incorporated under

the laws of the State of *(name)* ___California___ , and has its

principal place of business in the State of *(name)* ___San Diego___ .

Or is incorporated under the laws of *(foreign nation)* ___STATE AND LOCAL___ ,

and has its principal place of business in *(name)* ___SACRAMENTO___ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* ☒ *At PRESENT INCLUDING UNKNOWN DOE 17*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*At stake is 20 million plus Additional $617,053,31 AND TAXES AND INTEREST FROM AWARD of judgment AND/OR undisclosed SETTLEMENT including fees for legal EXPENSES*

---

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Terrorist Acts*
*Legal, civil, and judicial corruption, obstruction of justice*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*5th AMENDMENT*

*Cont.*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* *Department of Corrections*, is incorporated under the laws of the State of *(name)* *California*, and has its principal place of business in the State of *(name)* *California*.

        Or is incorporated under the laws of *(foreign nation)* *Abroad*, and has its principal place of business in *(name)* *California*.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    *Reference to Case #3:03-cv-02329-jm-poa - motion, judgement, minute entry Docket # 76-88 disclosed award in total amount of #610,053.31 #77 entry on 11-27-07 as resolved #88 with evidentral tape the in question. The awarded amount is questionable and questionable invalid and irrelevant without consent, foundation from itting any type of acceptance without knowledge nor agreement for any negotiations effecting legal obligation and liability nor responsibility to party.*

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Civil Docket #3:03-cv-00329-jm-poa Docket # 76-77 judgement award misrepresented, false claim by judges withdrew legal representation without notice or consent. Docket #80-88 showing cause for action of attorney client misrepresentation and failure to disclose without actual required determinimed circumstance and cause to appropriately evaluate damage, injury consideration compensation to be fair and just. By manipulation of state polemicing departments by association and prejudice and discrimination administratively causing resulting ability of liability of unjustly actions.*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Do to civil harrassment, intimidation and manipulation and retaliation of absence practices and natural appearences and deliberate accusations of blame of claim to be warranted*

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    DONALD ERIC ROBINSON

Signature of Plaintiff    DONALD ERIC ROBINSON    PRO SE

Printed Name of Plaintiff    D.E. Robinson

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____